# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: M. A.

No. 82068

M. A.,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

FILED

NOV 2 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from the "Findings of Fact, Conclusions of Law and Order Adjudicating Subject Minor." Eighth Judicial District Court, Clark County; David S. Gibson, Jr., Judge.

Appellant's counsel has filed a motion to voluntarily withdraw this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-42967

cc: Hon. David S. Gibson, Jr., District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk